SAMUEL ADELMAN and Others, Respondents, v. CHARLES FINN and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

RUDOLF BEYER, on Behalf of Himself and All Other Members of Cragston Yacht and Country Club, etc., Appellant, v. EVAN SHELBY and Another, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

BROOKLYN TRUST COMPANY, as Trustee of AMORY LELAND, Respondent, v. JOHN F. O'NEIL, Appellant, and Others, Under Tenants.— Motion for leave to appeal to the Appellate Division denied. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not sitting.

PATRICK CURTIS, Respondent, v. RICHMOND RAILWAYS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

BOITY ENGELBERG, Appellant, v. ALEX KURKIS and EMELIE KURKIS, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Respondent, v. COUNTY OF WESTCHESTER and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Is the plaintiff entitled to summary judgment on this record? Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See *ante*, p. 822.]

OSCAR GREENBERG, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

HOME AND PROSPECT REALTY CORPORATION, Appellant, v. RESOURCE REALTY CORPORATION and Others, Defendants, Impleaded with FISHER ROSENBERG and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application for the Selection and Appointment of an Umpire in a Controversy —— BYRD HOLDING CORPORATION, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Petition of FLORA CALLAHAN for an Order Revoking Letters of Administration Issued to EDWARD L. CALLAHAN of the Goods, Chattels and Credits Which Were of BERNARD F. CALLAHAN, Deceased, and for Letters of Administration of the Goods, Chattels and Credits Which Were of BERNARD F. or BERNARD CALLAHAN, Deceased. FLORA CALLAHAN, Petitioner, etc., and EDWARD L. CALLAHAN, Administrator, etc., Respondents; COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.